## INDUSTRIAL COMMISSION v WEIMER

Ohio Supreme Court
No 22803.  Decided June 3, 1931

For full opinion see 176 NE 886; 124 Oh St 50 (Oh Bar 7-21-31).

## PARKS, etc v CLEVELAND RY CO et

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided June 9, 1930

For full opinion see 176 NE 472; 38 Oh Ap 315 (Oh Bar 7-21-31).

## CLEVELAND (city) v NAGLE

Ohio Supreme Court
No 22661.  Decided June 10, 1931

For full opinion see 176 NE 886; 124 Oh St 59 (Oh Bar 7-21-31).